704

No. 157. BANKERS INDEMNITY INS. CO. *v.* PINKERTON. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henry I. Quinn* for petitioner. *Mr. Thomas M. Carlson* for respondent.

No. 160. BORLAND ET AL. *v.* JOHNSON, DEPUTY DISTRICT ATTORNEY, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Lane Donahue* for petitioners. No appearance for respondents.

No. 162. FEDERAL FARM MORTGAGE CORP. *v.* FALK ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of North Dakota denied. *Messrs. John Thorpe, Peyton R. Evans, Gerald E. Lyons,* and *Russell D. Burchard* for petitioner. No appearance for respondents.

No. 164. BALDWIN ET AL., TRUSTEES, *v.* FLUITT. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. R. E. Milling* and *R. E. Milling, Jr.,* for petitioners. *Mr. Louis H. Yarrut* for respondent.

No. 165. MEADOWS ET AL. *v.* CONTINENTAL ASSURANCE CO. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. Simmons* for petitioners. No appearance for respondent.